**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
402 W. Broadway, Suite 400
San Diego, CA 92101
Telephone:  (619) 798-2006

**Counsel for Plaintiffs**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA BORQUEZ, TRISH FALCON, RANDI GARDNER, and ALICIA HINESTROSA, on behalf of themselves and all others similarly situated, | Case No. 3:26-cv-4524-JO-AHG Pleading Type: Class Action |
| Plaintiffs, | |
| v. | **PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |
| OLLY PUBLIC BENEFIT CORPORATION, | |
| Defendant. | |

*Borquez et al. v. Olly Public Benefit Corporation*, Case No. 3:26-cv-4524-JO-AHG
PLAINTIFFS' NOTICE OF INTERESTED PARTIES

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 12, 2026      Respectfully Submitted,

s/Gregory S. Weston
Gregory S. Weston

**Counsel for Plaintiffs**

1